COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Robert Benjamin Franks v. The State of Texas

Appellate case number:    01-18-00055-CR

Trial court case number:  CR-16-0792

Trial court:              22nd District Court of Hays County

Appellant has filed a motion claiming that he has not filed his pro se response to appointed counsel's *Anders* brief due to difficulty in accessing the record contained on the compact disks provided by the trial court clerk. Appellant requests a hard copy of the record and an extension of time to file his pro se response.

The motion is GRANTED. The trial court clerk is ordered to provide appellant a hard copy of the record within **10 days of this order**. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made.

Appellant's deadline to file his pro se response to appointed counsel's brief is extended to **April 15, 2019**.


It is so ORDERED.


Judge's signature: ___/s/ Gordon Goodman_____
                            Acting individually

Date: ____March 5, 2019____